PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carl Talbert                                          Cr.: 06-531(1)
                                                                         PACTS #: 46516

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 9/13/07

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 25 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 11/9/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Talbert tested positive for Marijuana on November 9, 2011 and January 22, 2012. |

U.S. Probation Officer Action:
Talbert was sanctioned by New Jersey State Parole and placed in Delaney Hall for 90 days where he will receive drug counseling. Upon his release, we will monitor him closely and increase drug testing.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: January 27, 2012

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

February 2, 2012
Date